| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Phone: 609-250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>VFS Lending Services VI, LLC | **Order Filed on August 14, 2018<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br>      LLC, Ramm Consultants,<br><br>Debtor. | Case No.: 18-10506 JNP<br><br>Adv. No.:<br><br>Hearing Date: 7/31/18 @ 10:00 a.m..<br><br>Judge: Jerrold N. Poslusny, Jr. |

## ORDER VACATING AUTOMATIC STAY

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: August 14, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:  LLC, Ramm Consultants
Case No:  18-10506 JNP
Caption of Order:  ORDER VACATING AUTOMATIC STAY
_____

       This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, VFS Lending Services VI, LLC, Denise Carlon appearing, upon a motion to vacate the automatic stay as to real property located at 1100 Hudson Avenue, Voorhees, NJ, 08043, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Todd J. Murphy, Esquire, attorney for Debtors, and for good cause having been shown

       It is **ORDERED, ADJUDGED and DECREED** that the automatic stay as to 1100 Hudson Avenue, Voorhees, NJ, 08043 is hereby vacated immediately; and

       It is further **ORDERED, ADJUDGED and DECREED** that no foreclosure sale is to be held until after September 1, 2018; and

       It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.