| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Phone: 609-250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>VFS Lending Services VI, LLC | <br>Order Filed on August 14, 2018<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>      LLC, Ramm Consultants,<br><br>Debtor. | Case No.: 18-10506 JNP<br><br>Adv. No.:<br><br>Hearing Date: 7/31/18 @ 10:00 a.m..<br><br>Judge: Jerrold N. Poslusny, Jr. |

## ORDER VACATING AUTOMATIC STAY

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: August 14, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:  LLC, Ramm Consultants
Case No:  18-10506 JNP
Caption of Order:  ORDER VACATING AUTOMATIC STAY
_____

      This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, VFS Lending Services VI, LLC, Denise Carlon appearing, upon a motion to vacate the automatic stay as to real property located at 1100 Hudson Avenue, Voorhees, NJ, 08043, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Todd J. Murphy, Esquire, attorney for Debtors, and for good cause having been shown

      It is **ORDERED, ADJUDGED and DECREED** that the automatic stay as to 1100 Hudson Avenue, Voorhees, NJ, 08043 is hereby vacated immediately; and

      It is further **ORDERED, ADJUDGED and DECREED** that no foreclosure sale is to be held until after September 1, 2018; and

      It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:  
Ramm Consultants LLC  
    Debtor

Case No. 18-10506-JNP  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Aug 14, 2018  
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2018.  
db        Ramm Consultants LLC,   1100 Hudson Ave,   Voorhees, NJ   08043-1336

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2018                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2018 at the address(es) listed below:
        Brian Thomas   brian@brianthomaslaw.com, bthomas@ecf.epiqsystems.com
        Denise E. Carlon   on behalf of Creditor   VFS Lending Services VI, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        J. Todd Murphy   on behalf of Debtor   Ramm Consultants LLC tmurphy@toddmurphylaw.com, tmurphyecfmail@gmail.com;ejacobson26@gmail.com;G7187@notify.cincompass.com
        Rebecca Ann Solarz   on behalf of Creditor   VFS Lending Services VI, LLC rsolarz@kmllawgroup.com
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                                      TOTAL: 5